UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINI INNOVATION CORP., <br><br> Plaintiff(s), <br><br> v. <br><br> DESIGN FURNISHINGS, INC., et al., <br><br> Defendant(s). <br> _____/ | NO. 2:08- cv-0170 FCD/EFB <br><br> **ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the plaintiff, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 19, 2008. All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: April 11, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE