Daniel M. Cislo, Esq., No. 125,378
 dan@cislo.com
Mark D. Nielsen, Esq., No. 210,023
 mnielsen@cislo.com
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401-4110
Telephone: (310) 451-0647
Telefax: (310) 394-4477
Attorneys for Plaintiff,
AMINI INNOVATION CORPORATION

Bruce C. Piontkowski, Esq. No. 152,202
 BPiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Blvd., Suite 430
San Jose, CA 95113
Telephone: (408) 283-7000
Telefax: (408) 283-7010
Attorney for Defendants, DESIGN FURNISHINGS, INC. and JENNIFER HAYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMINI INNOVATION CORPORATION, a California corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>DESIGN FURNISHINGS, INC., a California corporation, and JENNIFER HAYES, an individual, and DOES 1-9, inclusive,<br><br>       Defendants. | Case No.2:08-cv-0170 FCD (EFB)<br><br>[Hon. Frank C. Damrell, Jr.]<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation of Dismissal, the Court hereby enters an Order of Dismissal as follows:

1. This action is hereby dismissed in its entirety, with prejudice.

2. Each party shall bear its own costs, expenses and attorneys' fees incurred in connection with the above-captioned action.

3. The foregoing reflects a settlement of this action pursuant to the terms of a separate Settlement Agreement by the parties, and the Court retains jurisdiction for purposes of enforcing the settlement between the parties.

**IT IS SO ORDERED**.

Date: May 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

| **CISLO & THOMAS LLP** | **TINGLEY PIONTKOWSKI LLP** |
|---|---|
| By:  s/Mark D. Nielsen<br>    Daniel M. Cislo, Esq.<br>    Mark D. Nielsen, Esq. | By:  s/Bruce C. Piontkowski<br>    Bruce C. Piontkowski, Esq. |
| Attorneys for Plaintiff AMINI INNOVATION CORPORATION | Attorneys for Defendants DESIGN FURNISHINGS, INC. and JENNIFER HAYES |
| Date: May 7, 2008 | Date: May 7, 2008 |